26651. WILSON *v.* GREAT ATLANTIC & PACIFIC TEA CO.

BROYLES, C. J. In this case, sufficient evidence having been adduced to authorize the finding of the Department of Industrial Relations that the minor son of the claimant, at the time of his accidental death, was not an employee of the defendant company, the judge of the superior court did not err in affirming the award denying compensation to the claimant.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*
DECIDED MARCH 16, 1938.

*Ringel & Ringel, G. B. Cowart,* for plaintiff.
*W. C. Little,* for defendant.